IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT
NEBRASKA

07 FEB -2 PM 2:39

OFFICE OF THE CLERK

| | | |
|---|---|---|
| JAMES J. STUMPF, Chapter 7 Trustee ) | CASE NO. 8:07 CV 3 | |
| Plaintiff, ) | | |
| v. ) | ORDER TO GARNISHEE | |
| HEMPHILL STAFFING SOLUTIONS ) | | |
| Defendant. ) | | |

NOW, on this 2nd day of February, 2007, this matter came on to be heard upon the Answers of the Garnishee, Great Western Bank, to the Interrogatories propounded to them by the Plaintiff, which discloses that Great Western Bank is indebted to the Defendant in the sum of $2,640, which was due as of the date of receipt of the Interrogatories.

IT IS THEREFORE ORDERED BY THE COURT that the Garnishee pay said amount, $2,640, into the Court forthwith and, upon doing so, Great Western Bank shall be discharged from any further liability herein.

BY THE COURT:

U.S. District Court Judge   LAURIE SMITH CAMP