IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JAMES J. STUMPF, Chapter 7 Trustee,** | ) ) ) | CASE NO. 8:07CV3 |
| **Plaintiff,** | ) ) ) | |
| V. | ) ) ) | ORDER |
| **HEMPHILL STAFFING SOLUTIONS, Inc.,** | ) ) ) ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Motion for Order to Pay Funds to Plaintiff. Having reviewed the motion,

IT IS ORDERED:

1. The motion for release of funds to Plaintiff (Filing No. 11) is granted; and

2. The Clerk of the Court is directed to issue a check made payable to the Plaintiff, James J. Stumpf, in the amount of $2,640, representing the funds deposited into the Court by the garnishee, Great Western Bank, in the related adversary proceeding.

DATED this 16th day of March, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge